### CHARLES O. NICKERSON *et al.*
#### *v.*
### AMOS C. BABCOCK.

Mr. JUSTICE BREESE: This case is the same in all essential particulars as the foregoing, and the judgment is affirmed.

*Judgment affirmed.*